DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KARL L. JONES,**
Appellant,

v.

**SPECIALIZED TOWING & TRANSPORTATION, INC., ALEJANDRO GARCIA,** and **JUAN CARLOS CORVALAN,**
Appellees.

No. 4D21-2504

[June 9, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. CACE20-015220.

Karl L. Jones, Houston, Texas, pro se, for appellant.

Samuel B. Spinner and Hinda Klein of Conroy Simberg, Hollywood, for appellees.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH, and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***